

FILED

05/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0228

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0228

---

IN THE MARRIAGE OF:

BENJAMIN DAVID MARTIN,

      Petitioner and Appellant,

    v.

BRANDI WILLIAMS f/k/a BRANDI MARTIN,

      Respondent and Appellee.

ORDER

FILED

MAY 1 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

Appellant Benjamin David Martin has filed an unopposed motion to combine mediation with an appointed mediator and request for an extension of time to do so. Martin explains that he has two appeals pending with this Court and that now, he seeks the same mediator, appointed in this appeal, to preside over the mediation of both cases simultaneously. *See also* Cause No. DA 24-0146, *Marriage of Martin and Williams*. He requests an additional forty-five days to complete this mediation.

We observe that the District Court record has been supplemented several times and most recently, on May 14, 2024.

Upon review of the motion and good cause shown, therefore,

IT IS ORDERED that:

1. Martin's unopposed motion to combine mediation for both of his appeals is GRANTED;

2. Martin and Appellee Brandi Williams with counsel shall have mediator Christopher J. Gillette preside over the simultaneous mediations of both matters and they shall have forty-five days from May 8, 2024, or June 24, 2024.

The Clerk is directed to provide a copy to: Mediator Christopher J. Gillette; counsel of record, and Benjamin David Martin.

DATED 17ᵗʰ day of May, 2024.

For the Court,

By _____

Chief Justice